# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| TOMMY EUGENE MEDLEY, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:16-cv-1723-KOB-JEO |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

This is a habeas corpus case filed by Tommy Eugene Medley, Jr., *pro se*. (Doc. 1). Incarcerated at the Federal Correctional Institution in Talladega, Alabama, Medley filed this action on October 6, 2016, under the general habeas statute, 28 U.S.C. § 2241, and the savings clause of 28 U.S.C. § 2255(e), challenging his federal sentence imposed by the United States District Court for the District of Arizona. On December 19, 2016, the magistrate judge to whom the action was referred entered a report and recommendation ("R&R"), *see* 28 U.S.C. § 636(b), on preliminary review, recommending that the petition be dismissed for lack of jurisdiction. (Doc. 5). While Medley was advised that he had the right to object to the R&R, the time for him to have done so has expired with no objections having been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for a writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction. A separate Final Order will be entered.

DONE and ORDERED this 30th day of January, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE